Clara Bonzano, an Infant, by Maria Bonzano, Her Guardian ad Litem,

Respondent, v. WILLIAM C. FELTER, Appellant.— Judgment and order affirmed, with costs. No opinion. Mills, Blackmar and Jaycox, JJ., concur; Jenks, P. J., and Kelly, J., dissent.